# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHARLES A. RIVAULT, ARTHUR
R. LEJEUNE, CLAUDIA J.
LEJEUNE, WILLIAM J. GIBSON,
AND AUDUBON TERRACE RESIDENT
HOMEOWNERS ASSOCIATION

VERSUS

AMERICA HOMELAND, LLC

NO.  2019 CW 1587

FEB 1 0 2020

---

In Re:    America Homeland, LLC, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 650708.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

PMc
GH

**Welch, J.,** concurs in part and dissents in part.  I dissent
and would reverse, in part, the trial court's November 9, 2019
judgment which granted the exception of lack of subject matter
jurisdiction filed by plaintiffs-defendants-in-reconvention and
third party defendants and vacated the court's August 7, 2019
judgment granting leave of court to America Homeland, L.L.C. to
file its Second Amending and Supplemental Answer, Affirmative
Defense Exceptions and Reconventional Demand, only to the extent
that this amended pleading sought to amend and supplement the
third party demand.  The April 16, 2019 judgment which is the
subject of the devolutive appeal order signed on May 28, 2019
did not affect the third party demand filed by America Homeland,
L.L.C., and therefore, the trial court is not divested of
jurisdiction over the third party demand.  See La. Code Civ. P.
art. 2088(A).  To the extent that this second amended pleading
amended or supplemented the response to plaintiff's claims or
the reconventional demand which are the subjects of the April
16, 2019 judgment, I concur in the denial of the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT